UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIZUKO TADEHARA,

Plaintiff,

v.

MATRIX ABSENCE MANAGEMENT,

Defendant.

25-CV-10453

ORDER

---

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, Defendant Matrix Absence Management ("Matrix") shall transmit the Administrative Record in this matter to Plaintiff Shizuko Tadehara by March 20, 2026. By that same date, Matrix shall submit a letter to the Court as to whether it is the proper defendant in this matter. If Matrix asserts that it is not the proper defendant, the Court will set a date by which Ms. Tadehara may respond. Furthermore, the Court will refer this matter to Magistrate Judge Lehrburger for general pretrial management, including settlement discussions.

Ms. Tadehara is further advised that, if she seeks legal assistance, she may consult with the City Bar Justice Center's clinic for pro se litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Tadehara.

SO ORDERED.

Dated:     March 13, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge