UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIZUKO TADEHARA,

                Plaintiff,

          v.

MATRIX ABSENCE MANAGEMENT,

                Defendant.

25-CV-10453

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant Matrix Absence Management's letter dated March 26th, 2026 asserting that it is not the proper defendant in this matter, and that the Court does not have subject-matter jurisdiction. To the extent Defendant seeks to move to dismiss the Complaint, they shall file a motion by Friday, April 24, 2026 and serve a copy of that motion on Plaintiff Shizuko Tadehara. Ms. Tadehara may file a response by Friday, May 8, 2026, to which Defendant may reply by Friday, May 15, 2026.

Ms. Tadehara is further advised that, if she seeks legal assistance, she may consult with the City Bar Justice Center's clinic for pro se litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Tadehara.

SO ORDERED.

Dated:      March 27, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge