Shizuko Tadehara
48-01 42nd Street, Apt. 3D
Sunnyside, NY 11104



Honorable Judge Robert W. Lehrburger
United States Magistrate Judge
United States District Court, Southern District of New York
Attention to: Pro Se Intake Unit
500 Pearl Street, Room 205, New York, NY, 10007

April 3, 2026

**Re: Request to reschedule Case Management Conference on April 14, 2026 (25-cv-10453 (RA) (RWL) - CASE MANAGEMENT CONFERENCE ORDER)**

Dear Judge Lehrburger,

I respectfully request that the Case Management Conference on April 14, 2026, at 2:30 p.m. that is stated in 25-cv-10453 (RA) (RWL) - CASE MANAGEMENT CONFERENCE ORDER to be rescheduled.

I have a scheduled appointment with the government agency that conflicts with the Case Management Conference, and this appointment cannot be rescheduled.

Accordingly, I would greatly appreciate the Court's consideration in granting continuance and assigning a new date for the Case Management Conference.

Respectfully submitted,

Shizuko Tadehara

CC:
Shelley R. Hebert
Seyfarth Shaw LLP

SHIZUKO TADEHARA
(917) 262-5730
APT 3D
4801 42ND ST
SUNNYSIDE   NY 11104

1 LBS      1 OF
SHP WT: 1 LBS
DATE: 03 APR 2026

SHIP TO:
  PRO SE INTAKE UINT
  ROOM 205
  500 PEARL ST

NEW YORK   NY 10007



NY 102 9-10

UPS GROUND

TRACKING #:  1Z V2A 136 03 3180 5073



BILLING: P/P

MMBGP3B8QJ48C ISH 13.00C ZZP 450 11.5V 03/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 0926

RECEIVED
SDNY PRO SE OFFICE
2026 APR -7 AM 11:40

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**®
**UPS Standard**®
**UPS 3 Day Select**®
**UPS Worldwide Expedited**®

Visit **theupsstore.com** to learn more about our Print & Business Services.

**theupsstore.com** to find a location near you.

c Shipments

ify for the Letter rate, UPS Express Envelopes may only contain ondence, urgent documents, and/or electronic media, and must 2oz. or less. UPS Express Envelopes containing items other than ed or weighing more than 8 oz. will be billed by weight.

nal Shipments

Express Envelope may be us Certain countries consider ele m/importexport to verify if you

for the Letter rate, the UPS l ess Envelopes weighing mor ess Envelopes are not recom sensitive personal informati uivalent.

al Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or tion on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Serving you for more than 100 years
United Parcel Service.





0188025070709  08/21  United Parcel Service