The request is granted; the initial pretrial conference will be rescheduled.

SO ORDERED:

4/9/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Shizuko Tadehara
48-01 42ⁿᵈ Street, Apt. 3D
Sunnyside, NY 11104



Honorable Judge Robert W. Lehrburger
United States Magistrate Judge
United States District Court, Southern District of New York
Attention to: Pro Se Intake Unit
500 Pearl Street, Room 205, New York, NY, 10007

April 3, 2026

**Re: Request to reschedule Case Management Conference on April 14, 2026 (25-cv-10453 (RA) (RWL) - CASE MANAGEMENT CONFERENCE ORDER)**

Dear Judge Lehrburger,

I respectfully request that the Case Management Conference on April 14, 2026, at 2:30 p.m. that is stated in 25-cv-10453 (RA) (RWL) - CASE MANAGEMENT CONFERENCE ORDER to be rescheduled.

I have a scheduled appointment with the government agency that conflicts with the Case Management Conference, and this appointment cannot be rescheduled.

Accordingly, I would greatly appreciate the Court's consideration in granting continuance and assigning a new date for the Case Management Conference.

Respectfully submitted,

Shizuko Tadehara

CC:
Shelley R. Hebert
Seyfarth Shaw LLP