UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Shizuko  Tadehara,                          :

                                    :              25-cv-10453 (RA) (RWL)

                   Plaintiff,   :

                                      :              **CASE MANAGEMENT**

          - against -     :              <u>**CONFERENCE ORDER**</u>

                                      :

Matrix Absence Management,     :

                                      :

                  Defendant.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**


      ORDER: Case Management Conference rescheduled for **April 28, 2026, at 11:30 a.m.** before Magistrate Judge Robert W. Lehrburger. The conference will be conducted via Microsoft Teams.   A link will be emailed to the parties, one week prior to the conference. The public may dial in to the listen only line at (646)-453-4442, and enter access code 144 575 522 #. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.


                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE


Dated:  April 10, 2026
        New York, New York

Copies transmitted this date to all parties of record.