**Seyfarth**

**Seyfarth Shaw LLP**
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
**T** (312) 460-5000
**F** (312) 460-7000

shebert@seyfarth.com
T (312) 460-5845

www.seyfarth.com

April 23, 2026

**VIA ECF**

Honorable Ronnie Abrams,
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

**Re:    *Shizuko Tadehara v. Matrix Absence Management.*
         *Case No. 25-CV-10453 (RA)***

Dear Judge Abrams,

We represent Defendant Matrix Absence Management ("Matrix") in the above-referenced matter.

In accordance with Your Honor's individual practices, Matrix submits this letter motion seeking a one-week extension of time to file its Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(1). Counsel for Matrix contacted Plaintiff to request consent to an extension but received no response.

On March 27, 2026, Your Honor issued an Order requiring Matrix to file a motion to dismiss Plaintiff's Complaint by April 24, 2026. (ECF No. 25.) It ordered Plaintiff to file any response by May 8, 2026 and Matrix to file any reply by May 15, 2026.

Matrix has been working diligently to finalize its motion to dismiss but it is taking longer than anticipated as there are various entities and issues involved in preparing the moving papers. Further, Matrix intends to submit a declaration in support of its Motion to Dismiss and additional time is needed to finalize and execute the declaration. Matrix respectfully requests a short extension until May 1, 2026 to finalize its motion and accompanying documentation. Responses would then by due by May 15, 2026 and replies would be due by May 22, 2026.

This is Matrix's first request for an extension of time to file its Motion to Dismiss. Matrix seeks this relief in good faith, and not for purposes of delay. We apologize for requesting this relief the day before the deadline, but we only recently discovered that additional time was needed.

Magistrate Judge Lehrburger has scheduled a Case Management Conference for April 28, 2026 at 11:30 a.m. by Microsoft Teams. This requested extension will not affect the conference.

325442903v.3

Ronnie Abrams, U.S.D.J.
April 23, 2026
Page 2

 Very truly yours,

SEYFARTH SHAW LLP


*/s/ Shelley R. Hebert*


Shelley R. Hebert

cc:     Shizuko Tadehara (via ECF)
        All Counsel of Record (via ECF)

325442903v.3