UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

SHIZUKO TADEHARA,

        Plaintiff,

  -against-

MATRIX ABSENCE MANAGEMENT,

        Defendant.

------------------------------------------------------- X

Case No. 1:25-cv-10453-RA

**DEFENDANT'S NOTICE OF MOTION TO DISMISS**

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of its Motion to Dismiss; the Declaration of Heather Oliver-Brooks, together with the document annexed thereto; and upon all of the papers and proceedings herein, Defendant Matrix Absence Management, by and through its undersigned counsel, Seyfarth Shaw LLP, will move this Court on a date and at a time designated by the Court, before the Honorable Ronnie Abrams, United States District Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order (i) granting Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; and (ii) for such other and further relief as the Court may deem just and proper.

    **PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's March 27, 2026 and April 24, 2026 Orders, response papers are due May 15, 2026 and reply papers are due by May 22, 2026.

  .

325421372v.1

Dated:   May 1, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Shelley R. Hebert*

Ian H. Morrison (pro hac vice)
imorrison@seyfarth.com
Shelley R. Hebert (pro hac vice)
shebert@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Michelle Shamouilian
mshamouilian@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

*Counsel for Defendant*

325421372v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2026, I presented the foregoing DEFENDANT'S NOTICE

OF MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to the following:

Shizuko Tadehara
48-01 42nd Street
Sunnyside, NY 11104
shiztad@gmail.com
*Pro Se Plaintiff*


*/s/ Shelley R. Hebert*
Shelley R. Hebert
*Counsel for Defendant*

3

325421372v.1