Shizuko Tadehara
48-01 42nd Street, Apt. 3D
Sunnyside, NY 11104



Honorable Judge Ronnie Abrams
United States District Judge
United States District Court, Southern District of New York
Attention to: Pro Se Intake Unit
500 Pearl Street, Room 205, New York, NY, 10007

April 29, 2026

**Re: Request for an extension of time to file my response to the pending motion to dismiss (25-cv-10453 (RA))**

Dear Judge Abrams,

I respectfully request an extension of time to file my response to the pending motion to dismiss (25-cv-10453 (RA)), currently due on May 15, 2026. Due to time constraints, I am unable to complete the response by the existing deadline and request an extension until June 1, 2026.

Accordingly, I kindly ask the Court to grant a continuance and set June 1, 2026, as the new deadline for the filing of my response to the motion to dismiss.

Respectfully submitted,

Shizuko Tadehara

CC:
Shelley R. Hebert
Seyfarth Shaw LLP

RECEIVED
SDNY PRO SE OFFICE

2026 APR 30  PM 4:23

SHIZUKO TADEHARA
(917) 862-5730
APT 3D
4801 42ND ST
SUNNYSIDE NY 11104

SHIP TO:
PRO SE INTAKE UNIT
ROOM 205
500 PEARL ST

NEW YORK  NY 10007-1316

NY 102 9-10

1 LBS    1 OF 1
SHP WT: 1 LBS
DATE: 29 APR 2026

**UPS GROUND**

TRACKING #:   1Z V2A 136 03 6669 5127

BILLING: P/P

MMBGP3BKKUYSH ISH 13.00C ZZP 450 16.5V 04/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

RRD 0426

**The UPS Store Smart Label**

**Tracking #**

**1ZV2A136036669 5127**

USDC SDNY