Shizuko Tadehara
48-01 42nd Street, Apt. 3D
Sunnyside, NY 11104



Honorable Judge Ronnie Abrams
United States District Judge
United States District Court, Southern District of New York
Attention to: Pro Se Intake Unit
500 Pearl Street, Room 205, New York, NY, 10007

April 29, 2026

**Re: Request for an extension of time to file my response to the pending motion to dismiss (25-cv-10453 (RA))**

Dear Judge Abrams,

I respectfully request an extension of time to file my response to the pending motion to dismiss (25-cv-10453 (RA)), currently due on May 15, 2026. Due to time constraints, I am unable to complete the response by the existing deadline and request an extension until June 1, 2026.

Accordingly, I kindly ask the Court to grant a continuance and set June 1, 2026, as the new deadline for the filing of my response to the motion to dismiss.

Respectfully submitted,

Shizuko Tadehara

Application granted.  The Clerk of Court is respectfully directed to mail a copy of this endorsement to Ms. Tadehara at her listed address.

SO ORDERED.

Hon. Ronnie Abrams
May 7, 2026

CC:
Shelley R. Hebert
Seyfarth Shaw LLP

RECEIVED
SDNY PRO SE OFFICE
2026 APR 30 PM 4:23

SHIZUKO TADEHARA
(917) 862-5730
APT 3D
4801 42ND ST
SUNNYSIDE  NY 11104

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 29 APR 2026

SHIP TO:
  PRO SE INTAKE UNIT
  ROOM 205
  500 PEARL ST

NEW YORK   NY 10007-1316

NY 102 9-10

UPS GROUND

USMₚₛ
SDNY

UPS GROUND
TRACKING #: 1Z V2A 136 03 6669 5127

BILLING: P/P

MMBGP9DKKUV9H ISH 13.00C 22P 460 16.5V 04/2026

SEE NOTICE ON REVERSE regarding UPS forms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

RRD 0426

The UPS Store Smart Label

Tracking #

1ZV2A136036669 5127