UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

SHIZUKO TADEHARA,

              Plaintiff,

   -against-

MATRIX ABSENCE MANAGEMENT,

              Defendant.

------------------------------------------------------- X

:    Case No. 1:25-cv-10453-RA

**DECLARATION OF HEATHER OLIVER-BROOKS**

The undersigned declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     I, Heather Oliver-Brooks, am over eighteen (18) years of age and am fully competent to testify to the matters set forth herein.

2.     I am Head of Benefits at MUFG Bank Ltd ("MUFG").

3.     I have served in this role since January 1, 2025, and as Interim Head of Benefits from October 23, 2024 to December 31, 2024. I have personal knowledge of the facts set forth below.

4.     MUFG offers eligible employees salary continuation benefits under the MUFG Salary Continuation Plan ("the Salary Continuation Plan").

5.     I certify that the document bates-labeled MUFG 106150-000016-000001 through MUFG 106140-000016-000021 attached hereto as is an accurate and authentic copy of the Salary Continuation Plan, effective December 1, 2022.

6.     Benefits under the Salary Continuation Plan are paid by MUFG out of its general operating assets. MUFG does not maintain a separate account, fund or trust for the payment of benefits under the Salary Continuation Plan.

325445934v.2

7. MUFG does not consider, or intend for, the Salary Continuation Plan to be subject to the Employee Retirement Income Security Act ("ERISA").

8. The plan provides up to 25 weeks of salary continuation benefits to eligible employees who are incapable of working due to a physical or mental condition. The amount of benefits range from 60% to 100% of employees' regular wages or base salaries (subject to certain offsets) based on the employee's length of service with MUFG.  Under the Salary Continuation Plan, an "employee may never receive more than 100% of his or her regular wages or base salary." (MUFG 106140-000016-000010).

9. Plaintiff had worked for MUFG Securities Americas Inc. ("MUSA"), an affiliate of MUFG and a participating employer in the Salary Continuation Plan, for more than three months but less than one year. Therefore, under the Salary Continuation Plan, she was eligible to receive 25 weeks of benefits at 60% of her wages, subject to offsets for New York state disability benefits.

10. Plaintiff's claim for benefits under the Salary Continuation Plan was approved from April 30, 2025 through May 29, 2025, with benefits beginning on May 7, 2025 after Plaintiff satisfied the Salary Continuation Plan's seven-day waiting period.

11. Had Plaintiff qualified for benefits under the Salary Continuation Plan after May 29, 2025 for the maximum period of time, the total amount of salary continuation benefits she could have received would have been $28,611.00, after deducting New York state disability benefits.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

325445934v.2

Executed this __1st__ day of __May____, 2026, at __Tampa_____, __FL_____.

Heather Oliver-Brooks