

**Seyfarth Shaw LLP**

233 S. Wacker Drive

Suite 8000

Chicago, IL 60606

**T** (312) 460-5000

**F** (312)  460-7000


shebert@seyfarth.com

T (312) 460-5845


www.seyfarth.com

May 21, 2026

**<u>VIA ECF</u>**

Honorable Ronnie Abrams,
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

> **_Re:_     _Shizuko Tadehara v. Matrix Absence Management._**
> **_Case No. 25-CV-10453 (RA)_**

Dear Judge Abrams,

        We represent Defendant Matrix Absence Management ("Matrix") in the above-referenced matter.

        In accordance with Your Honor's individual practices, Matrix submits this letter motion seeking a one-week extension of time to file its Reply in support of its Motion to Dismiss. Counsel for Matrix contacted Plaintiff to request consent to an extension but received no response.

        On May 1, 2026, Matrix filed its Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(1). (ECF No. 31.) On May 7, 2026, the Court granted Plaintiff's motion for an extension of her deadline to respond to the Motion to Dismiss – from May 15, 2026 to June 1, 2026. (ECF No. 33.) Matrix's deadline to file its reply was, therefore, June 8, 2026.  Plaintiff's reply was filed early on May 19, 2026, and entered on the docket on May 20, 2026 (ECF No. 34.) Matrix's reply is now due on May 26, 2026.

        Matrix has been working diligently to prepare its Reply in Support of its Motion to Dismiss, but it only received notice of Plaintiff's response on May 20, 2026, leaving it six days to prepare and finalize its reply. The offices of Matrix and MUFG, as well as those of its counsel, are closed on May 25, 2025 for Memorial Day making it difficult for it to finalize its reply brief by May 26, 2026 given other previously scheduled deadlines. Matrix therefore respectfully requests a short extension until June 2, 2026 to finalize its reply.

        This is Matrix's first request for an extension of time to file its Reply in support of its Motion to Dismiss. Matrix seeks this relief in good faith, and not for purposes of delay. The requested extension will not affect any deadlines, as there are none currently set.

325442903v.3

Ronnie Abrams, U.S.D.J.
May 21, 2026
Page 2

Very truly yours,

SEYFARTH SHAW LLP


*Shelley R. Hebert*


Shelley R. Hebert

cc:    Shizuko Tadehara (via ECF)
       All Counsel of Record (via ECF)

Application granted.  The Clerk of Court is respectfully directed to mail a copy of this Endorsement to Plaintiff at her listed address.

SO ORDERED.

_____
Hon.  Ronnie  Abrams
May 26, 2026

325442903v.3