Shizuko Tadehara
48-01 42nd Street, Apt. 3D
Sunnyside, NY 11104


Honorable Judge Ronnie Abrams
United States District Judge
United States District Court, Southern District of New York
Attention to: Pro Se Intake Unit
500 Pearl Street, Room 205, New York, NY, 10007

RECEIVED
SDNY PRO SE OFFICE

2026 JUN 24  PM 4: 02

June 23, 2026


**Re: Withdrawal of Request for Extension of Time**


Dear Judge Abrams,


I respectfully withdraw my request for an extension of time to reply, dated June 16, 2026. I initially believed that a reply from me was required; however, after obtaining legal assistance from the City Bar Justice Center, I received clarification that no reply is needed on my part.


I apologize for any confusion this may have caused.


I thank the Court for its consideration of this withdrawal.


Respectfully submitted,


Shizuko Tadehara
48-01 42nd Street, Apt. 3D
Sunnyside, NY 11104


CC:
Shelley R. Hebert
Seyfarth Shaw LLP

SHIZUKO TADEHARA
(917) 862-5730
THE UPS STORE #6052
4512 46TH ST
SUNNYSIDE  NY 11104-1702

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 23 JUN 2026

SHIP TO:
  PRO SE INTAKE UNIT
  RM 205
  500 PEARL ST

NEW YORK  NY 10007-1316



NY 102 9-10

UPS GROUND

TRACKING #:  1Z V2A 136 03 7151 8406



BILLING: P/F

MMB6P3B2R6A9N ISH 13.00C ZZP 450 20.5V 05/2026

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD 0426

RECEIVED
SDNY PRO SE OFFICE
2026 JUN 24  PM 4: 02